**United States District Court**

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9   JOHNNY L. BRINSON | No. C 11-2700 WHA (PR) |
| 10                      Petitioner, | **ORDER OF DISMISSAL** |
| 11     vs. | |
| 12   GARY SWARTHOUT, Warden, | |
| 13                      Respondent. | (Docket No. 4) |
| 14 | |

15          Petitioner, a state prisoner currently incarcerated at, has filed a second or successive

16    petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  His prior petition, No. C 02-

17    5453 WHA (PR), was denied on its merits.  A second or successive petition may not be filed in

18    this court unless petitioner first obtains from the United States Court of Appeals for the Ninth

19    Circuit an order authorizing this court to consider the petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

20    Petitioner has not sought or obtained such an order from the Ninth Circuit.  The petition is

21    accordingly **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order.

22    Petitioner's application to proceed in forma pauperis is **GRANTED** in light of his lack of funds.

23          The clerk shall enter judgment and close the file.

24          **IT IS SO ORDERED.**

25    Dated: June   30  , 2011.

                                              WILLIAM ALSUP
26                                            UNITED STATES DISTRICT JUDGE

27

      G:\PRO-SE\WHA\HC.11\BRINSON2700.SUC.wpd
28